IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 12-39    Erie |
| | ) |
| OLLIE DION PULLIUM | ) (21 U.S.C. §§846, 841(a)(1), |
| | ) and 841(b)(1)(C)) |
| | ) 18 U.S.C. §2) |
| | ) **(Under Seal)** |

### INDICTMENT

The grand jury charges:

On or about January 10, 2012, in the Western District of Pennsylvania, the defendant, OLLIE DION PULLIUM, did knowingly, intentionally and unlawfully conspire with an unindicted co-conspirator whose identity is known to the grand jury and others whose identities are unknown to the grand jury, to possess with intent to distribute and distribute less than five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.



FILED

JUL 1 0 2012

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN.

### COUNT TWO

The grand jury further charges:

On or about January 10, 2012, in the Western District of Pennsylvania, the defendant, OLLIE DION PULLIUM, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute less than five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524