## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500
Fax (315) 234-8501

July 17, 2012

Clerk, U.S. District Court
Western District of Pennsylvania
U.S. Courthouse
17 South Park Row
Erie, PA 16501

Re: USA v. OLLIE DION PULLIUM 5:12-MJ-348 (ND/NY)
Western District of PA No. 12-39 Erie

Dear Clerk:

Enclosed are the certified copies of documents filed in connection with a Rule 40 appearance in this district on July 17, 2012 in the above entitled matter.

Very truly yours,

LAWRENCE K. BAERMAN, Clerk

By: Renata Hohl, Courtroom Deputy
     to U.S. Magistrate Judge Thérèse Wiley Dancks

Encls.