

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:12-MJ-348 (TWD) |
| Ollie Dion Pullium ) | |
| ) | Charging District's |
| Defendant ) | Case No.  12-39 Erie |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___Pennsylvania___,
(if applicable) ___Erie___ division. The defendant may need an interpreter for this language:
_____.

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  07/17/2012

_Judge's signature_

Therese Wiley Dancks, U.S. Magistrate Judge
_Printed name and title_

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK
I, the undersigned Clerk of the Court: do hereby certify that this is a true, correct and full copy of the original document on file in my custody.
# of pages (text) ___1___, # of pages including (exhibits) _____
Dated ___7-18-12___    Lawrence K. Baerman, Clerk
by _____, Deputy Clerk.